Submitted April 29, affirmed June 2, petition for review denied November 3, 2022 (370 Or 455)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

VERA A. IVASHOVA,
*Defendant-Appellant.*

Lane County Circuit Court
20CR33567; A175524

511 P3d 1136

Clara L. Rigmaiden, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Brett J. Allin, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Michael A. Casper, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. Buttrey*, 293 Or 575, 651 P2d 1075 (1982).